102 A.3d 1251

**Richard ROST & Joyce Rost, Respondent**

v.

**FORD MOTOR COMPANY, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 6, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 6th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1) Whether—contrary to *Howard, Betz,* and *Gregg*—a plaintiff in an asbestos action may satisfy the burden of establishing substantial-factor causation by an expert's "cumulative-exposure" theory that the expert concedes is simply an "any-exposure" theory by a different name[?]

(2) Whether the Philadelphia Court of Common Pleas' mandatory practice of consolidating unrelated asbestos cases—even where the defendants suffer severe prejudice as a result—is consistent with the Pennsylvania Rules of Civil Procedure and Due Process; whether consolidation in this case was proper; and whether the Superior Court has the authority to review a trial court's case-consolidation decisions in asbestos cases[?]